UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Petitioner,

                              MISC. NO. 09-mc-50526

   -vs-

                              HON. ROBERT H. CLELAND

PATRICK H. COLEMAN,

      Respondent.
_____/

## <u>ORDER DISMISSING PETITION TO<br>ENFORCE IRS SUMMONS</u>


Petitioner having advised the Court that it wishes to dismiss without prejudice the

Petition to Enforce IRS Summons filed against Patrick H. Coleman;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought

against respondent, Patrick H. Coleman, by the petitioner is hereby dismissed without

prejudice and without costs.


                                 S/Robert H. Cleland
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE


Dated:  October 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 29, 2010, by electronic and/or ordinary mail.

_S/Lisa Wagner_____
Case Manager and Deputy Clerk
(313) 234-5522